PROB 12B
(7/93)

Report Date: July 2, 2009

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 06 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Christopher Daniel Talbott | Case Number: 2:01CR00147-001 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: 5/1/2002 | Type of Supervision: Supervised release |
| Original Offense: Use of a Communication Facility to Facilitate a Drug Trafficking Offense, 21 U.S.C. § 843(b); Carrying a Firearm During and in Relation to a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1) | Date Supervision Commenced: 05/15/2009 |
| Original Sentence: Prison - 108 Months; TSR - 60 Months | Date Supervision Expires: 05/14/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in <u>United States v. Stevens</u> (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Christopher Talbott was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Talbott has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   7-2-09

_____
Tommy Rosser
U.S. Probation Officer

Prob 12B
Re: Talbott, Christopher Daniel
July 2, 2009
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

July 6, 2009
_____
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 06 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## Eastern District of Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____          Signed: _____
         Tommy Rosser                                Christopher Daniel Talbott
         U.S. Probation Officer                      Probationer or Supervised Releasee

                    7-2-09
                    Date